Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtors*

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: August 24, 2009





RANDOLPH J. HAINES
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

MARC D. and CHRISTINA A. PULSIFER,

Debtors.

In Proceedings Under
Chapter 13

Case No. 2:09-bk-05626-RJH

**ORDER GRANTING MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363 NOT IN THE ORDINARY COURSE OF BUSINESS**

On this 13th day of July, 2009, this matter came on for hearing relative to Debtor's Motion to Sell Property of The Estate Free and Clear of All Liens and Encumbrances Pursuant to 11 U.S.C. § 363 Not in the Ordinary Course of Business. This sale relates to real property located at 2263 E. Spruce Drive in Chandler, Arizona. Present in the courtroom was Attorney Josephine Piranio for Creditor GMAC Mortgage and Attorney Robert M. Cook who appeared for the Debtor. No other parties who may have an interest in the property, were not present either in court or by phone and filed no objections.

Debtor's Motion to Sell Property of the Estate Free and Clear of All Liens and Encumbrances contained a purchase contract for the amount of $72,500.00 by Tracie C. Beach.

The Court finds that it is in the best interest of the estate that the real property located 2263 E. Spruce Drive in Chandler, Arizona, be sold for the purchase price of $72,500.00 to Buyer Tracie

C. Beach. However, the Court acknowledges that the offer is insufficient to pay the 1st lien holder in full, and therefore constitute a short sale offer.

The Court also finds that GMAC Mortgage, who holds the 1st lien on the subject property, has final say as to whether or not they will accept a short sale, and said short sale shall be allowed to proceed only with the express approval of GMAC Mortgage.

IT IS HEREBY ORDERED that Tracie C. Beach is the Buyers of the real property located at 2263 E. Spruce Drive in Chandler, Arizona, for the purchase price of $72,500.00. The sale of this real property shall be free and clear of all liens and encumbrances.

IT IS FURTHER ORDERED that as the offer is insufficient to pay the 1st lien holder in full, they therefore constitute a short sale offer.

IT IS FURTHER ORDERED that GMAC Mortgage, who holds the 1st lien on the subject property, has final say as to whether or not they will accept a short sale, and said short sale shall be allowed to proceed only with the express approval of GMAC Mortgage. Debtor is required to obtain approval for any short sale directly form the 1st lien holder, GMAC Mortgage, and GMAC Mortgage, shall have the right to accept or reject any proposed short sale offer.

IT IS FURTHER ORDERED that the Buyer, Tracie C. Beach, shall pay the entire purchase price of $72,500.00, via financing to Security Title on or before August 30th, 2009. Liens of Secured Creditors shall attach to the proceeds as their interests may appear.

IT IS FURTHER ORDERED that the sale proceeds shall be deposited into the trust account of The Law Offices of Robert M. Cook, PLLC and distributed as follows:

1. All real estate taxes, closing costs and total real estate commissions of 5% shall be paid according to the purchase agreement.

2. GMAC Mortgage, shall be paid its secured claim with net proceeds from sale, assuming GMAC Mortgage has accepted the proposed short sale and has allowed said short sale to proceed to completion.

///

///

DATED: _____

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

Approved By:

_____
Josephine Piranio
*Attorney for GMAC Mortgage*

THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 WEST SECOND STRET
YUMA, AZ 85364