# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARC D & CHRISTINA A PULSIFER | | |
| **Case Number:** | 2:09-bk-05626-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 14, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:**   49 / 0

## *Appearances:*

ROBERT M. COOK, ATTORNEY FOR MARC D PULSIFER, CHRISTINA A PULSIFER
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald informed a stipulation has been sent to the debtors but he has not heard from them.

Mr. Cook advised payments have been made under the plan and he urged the Court to allow the stay to remain in effect. He suggested a continued preliminary hearing so this matter can be worked out and if that is not agreeable he requested a final hearing.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY.  THE COURT WILL NOT WAIVE THE AUTOMATIC 10 DAY STAY.  THE ORDER WILL NOT BE EFFECTIVE IN THE EVENT THIS CASE IS CONVERTED TO CHAPTER 11 WITHIN 10 DAYS.  MR. MCDONALD IS DIRECTED TO UPLOAD A FORM OF ORDER.